UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS PENSION FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS HEALTH FUND, NORTH CENTRAL
STATES REGIONAL COUNCIL OF CARPENTERS
VACATION FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS
APPRENTICESHIP & JOURNEYMAN TRAINING
FUND, LABOR MANAGEMENT COOPERATION
TRUST FUND, NORTH CENTRAL STATES
REGIONAL COUNCIL OF CARPENTERS
INTERNATIONAL TRAINING FUND, NORTH
CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS DEFINED CONTRIBUTION
PENSION FUND, and BRIAN GENTRY (in his
capacity as Trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS,

    Plaintiffs,

 v.                Case No. 11-cv-733

ELAND DRYWALL SERVICE, INC. and
DARRELL J. ELAND,

    Defendants.

ENTRY OF JUDGMENT ON THE DECISION BY THE COURT
AS TO DEFENDANT ELAND DRYWALL SERVICE, INC.

 This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

 **IT IS ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional

Council of Carpenters Pension Fund, North Central States Regional Council of Carpenters Health Fund, North Central States Regional Council of Carpenters Vacation Fund, North Central States Regional Council of Carpenters Apprenticeship & Journeyman Training Fund, Labor Management Cooperation Trust Fund, North Central States Regional Council of Carpenters International Training Fund, North Central States Regional Council of Carpenters Defined Contribution Pension Fund, Contract Administration Fund, and North Central States Regional Council of Carpenters, recover from the Defendant Eland Drywall Service, Inc. the sum of $72,270.32 per with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin, this 6th day of ~~December 2011~~ January, 2012.

_____
Clerk of Court

_____
Deputy Clerk

Approved as to form this 4th day of ~~December 2011~~ January, 2012.

_____
U.S. District Court Judge